UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 07-10146-RWZ

UNITED STATES OF AMERICA

v.

MICHAEL A. SICILIANO

ORDER ON MOTION FOR RECONSIDERATION

May 22, 2008

ZOBEL, D.J.

The government filed a motion to reconsider this court's Memorandum and Order allowing defendant's motion to suppress. The court is not inclined to reconsider its determination that the officers would not have sought a warrant absent the protective sweep. With regard to the government's collective knowledge argument, the government concedes that the First Circuit has not yet extended application of the collective knowledge doctrine to the protective sweep analysis. Assuming arguendo that the doctrine applies, it does not change the outcome. The court found that Agent DiTulio, who directed the protective sweep, turned to summon the other officers prior to the exchange between defendant and Agent Roberto. Moreover, even if defendant's evasive response to Agent Roberto's query regarding whether others were present in the apartment (first answering, "no," then stating "I'm not sure," and "I don't know") is included in the calculus, it does not tip the totality of circumstances in the government's favor, for the reasons articulated in the court's previous order.

The government's Motion for Reconsideration (Docket # 32) is DENIED.

|      May 22, 2008      |       /s/Rya W. Zobel      |
|---|---|
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |